IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>    vs.<br><br>COURTNEY RAE COLEMAN,<br><br>             Defendant. | 8:16-CR-85<br><br>ORDER FOR DISMISSAL |

This matter is before the Court on Plaintiff's Motion to Dismiss, Filing 74, the Amended Petition for Warrant or Summons for Offender Under Supervision, Filing 60. The Court finds the motion should be granted. Accordingly,

IT IS ORDERED:

1. The United States' Motion to Dismiss, Filing 74, is granted; and

2. The Amended Petition for an Offender Under Supervision, Filing 60, is dismissed.

Dated this 21st day of January, 2022.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge